UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:25-CR-005 |
| v. | : | (Judge Saporito) |
| ISMAEL THIAM, | : | Electronically Filed |
| Defendant. | : | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED SCRANTON
JAN 07 2025
PER ___
DEPUTY CLERK

COUNT 1
8 U.S.C. § 1253(a)(1)(C)
(Failure to Depart)

On or about March 4, 2024, at or near Pike County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

ISMAEL THIAM,

an alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in Title 8, United States Code, Section 1227(a)(1)(A), did connive, conspire, and take any other action designed to prevent and hamper departure from the United States, with the purpose of preventing and hampering departure pursuant to a final order of removal.

All in violation of Title 8, United States Code, Section 1253(a)(1)(C).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
8 U.S.C. § 1253(a)(1)(C)
(Failure to Depart)

On or about July 24, 2024, at or near Pike County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

ISMAEL THIAM,

an alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in Title 8, United States Code, Section 1227(a)(1)(A), did connive, conspire, and take any other action designed to prevent and hamper departure from the United States, with the purpose of preventing and hampering departure pursuant to a final order of removal.

All in violation of Title 8, United States Code, Section 1253(a)(1)(C).

A TRUE BILL

███████████
FOREPERSON

GERARD M. KARAM
United States Attorney

*Sarah Lloyd*
SARAH R. LLOYD
Assistant United States Attorney

1-7-25
Date

4